IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GARRETT BRIDGES**                                                     **PLAINTIFF**

v.                       Case No. 2:18-cv-00163-KGB

**PRUITT,** *et al.*                                               **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 5). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 5). Accordingly, the Court dismisses without prejudice plaintiff Garrett Bridges' complaint (Dkt. No. 2). Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act ("PLRA") pursuant to 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order dismissing these claims would not be taken in good faith. 28 U.S.C. §1915(a)(3).

It is so ordered this 15th day of May, 2019.

                                                            Kristine G. Baker
                                                            United States District Judge