IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GARRETT BRIDGES**                                                              **PLAINTIFF**

**v.**                      Case No. 2:18-cv-00163-KGB

**PRUITT,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Garrett Bridges' complaint is dismissed without prejudice.

It is so adjudged this 15th day of May, 2019.

                                                     Kristine G. Baker
                                                     United States District Judge